UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

DESHON G. WALKER

CASE NO. 2:23CR37 SPC-KCD

18 U.S.C. § 922(g)(1)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 21, 2022, in the Middle District of Florida, the defendant,

DESHON G. WALKER,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses

1. Robbery by Sudden Snatching With Firearm or Weapon, on or about August 26, 2014,

2. Grand Theft-Motor Vehicle, on or about August 26, 2014, and

3. Resist Officer-Flee Elude LEO with Lights and Siren Active, on or about August 26, 2014,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Glock pistol and ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).



FILED

APR 0 5 2023

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

## FORFEITURE

1.\.   The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.\.   Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.\.   The property to be forfeited includes, but is not limited to, the following: a Glock Firearm and ammunition.

4.\.   If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

ROGER B. HANDBERG
United States Attorney

By: _____
Mark R. Morgan
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34  
March 23

No. 2:23-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

DESHON G. WALKER

### INDICTMENT

Violations:  18 U.S.C. §§ 922(g)(1) and 924(a)(8)

A true bill

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Filed in open court this 5th day of April, 2023.

_____  
Clerk

Bail $_____

GPO 863 525