UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO.: 2:23-cr-37-SPC-KCD

DESHON G. WALKER

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 55). The Government seeks to have forfeited **a Glock, Inc. 45, 9mm caliber pistol (SN: BMFC426), and assorted 9mm ammunition**, which were subject to a September 25, 2023 Preliminary Order of Forfeiture. (Doc. 50).

Although the Government gave proper notice, no third parties have petitioned for the **Glock, Inc. 45, 9mm caliber pistol (SN: BMFC426), and assorted 9mm ammunition**, and the time to do so has expired. The Court thus finds all right, title, and interest in the **Glock, Inc. 45, 9mm caliber pistol (SN: BMFC426), and assorted 9mm ammunition** shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 55) is **GRANTED**.

1. Defendant's interest in **a Glock, Inc. 45, 9mm caliber pistol (SN: BMFC426), and assorted 9mm ammunition** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record